IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08cv132

| | | |
|---|---|---|
| GAIL E. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| R. JAMES NICHOLSON, Secretary, | ) | |
| Department of Veterans Affairs; | ) | |
| ELIZABETH BROWNING; BARBARA | ) | |
| SZYMCZYK; KATHI HOLDEN; | ) | |
| MELISSA BRAGG; CARL CURRY; | ) | |
| and MARTY TRAXLER, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Leave to File Sur-Reply. As is reflected in the previously filed Memorandum and Recommendation, the court considered plaintiff's response to the government's motion to be timely and gave it full consideration. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Leave to File Sur-Reply (#10) is **GRANTED,** and plaintiff's Response (#8) is **DEEMED** timely filed.

Signed: July 14, 2008

Dennis L. Howell
United States Magistrate Judge