**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:08CV132**


| | |
|---|---|
| **GAIL E. BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **Vs.** ) | **O R D E R** |
| ) | |
| **R. JAMES NICHOLSON, Secretary of** ) | |
| **Veterans Affairs; ELIZABETH** ) | |
| **BROWNING; BARBARA SZYMCZYK;** ) | |
| **KATHI HOLDER; MELISSA BRAGG;** ) | |
| **CARL CURRY; and MARTY** ) | |
| **TRAXLER,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |


        **THIS MATTER** is before the Court on the Plaintiff's motion for

reconsideration of the dismissal of her action filed August 21, 2008.  The

motion is denied.

        As with her objections to the Magistrate Judge's Memorandum and

Recommendation, Plaintiff offers the same conclusory allegations

presented in response to the Defendants' motion to dismiss and does not

address the jurisdictional issues on which the dismissal was based.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to reconsider is **DENIED**.

Signed: August 25, 2008

Lacy H. Thornburg
United States District Judge